# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUN 0 2 2011
CLERK, U.S. DIST. OF COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PEDRO RICARDO ARCE-FOX,

        Defendant.

CASE NO. 11CR1665-BEN

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) on the Information of:

18:1544 - Misuse of Passport; 8:1325 - Illegal Entry

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/2/11

LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____